LATHROP GPM LLP
Laura Reathaford
Laura.Reathaford@LathropGPM.com
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
310.789.4600
310.789.4601

Attorneys for Defendants
OLYMPUSAT, INC., TOM MOHLER

DISCOVERY MATTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LUZ ZUCCHELLA, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>OLYMPUSAT, INC., a Florida corporation; TOM MOHLER, an individual, OLYMPUSAT HOLDINGS, INC., a Florida corporation, OCEAN NEW MEDIA, LLC, a Florida corporation, and OCEAN COMMUNICATIONS, INC., a Florida corporation, and DOES 4 through 50, inclusive,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTER-CLAIM. | Case No. 2:19-cv-07335 DSF (PLAx)<br><br>[Assigned to the Hon. Dale S. Fischer, Courtroom 7D]<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed:　　July 15, 2019<br>Counterclaims Filed:　October 25, 2019<br><br>Discovery Cut-Off:　Not Set<br>Motion Cut-Off:　　Not Set<br>Trial:　　　　　　Not Set |

*Order Re Stipulated Protective Order*

Having considered the papers, and finding that good cause exists, the Parties' Motion for Entry of a Stipulated Protective Order is granted.

**IT IS SO ORDERED.**

Dated: March 12, 2020

*/s/ Paul L. Abrams*

Paul L. Abrams
United States Magistrate Judge