UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:19-cv-07335-DSF-PLA                                             Date: 01/31/2023

Title     Maria Luz Zucchella -v- Olympusat Inc., et al

---

Present: The Honorable:    Louise A. LaMothe, U.S. Magistrate Judge

| Terry R. Baker | CS 01/31/2023 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Dan Stormer, Esq. Hanna Chandoo, Esq. | Rabert Zarco, Esq. Mary Nikezic, Esq. |
| Brian D. Olney, Esq. Lindsey Wagner, Esq. | Michael D. Braunstein |

**Proceedings:** Settlement Conference

     Case is called. A mediator's proposal was submitted to the parties. Their responses are due by February 02, 2023 at 5:00 p.m. PT.

 

6:45

**Initials of Preparer**     TRB