UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-07335-DSF-PLA | Date | 02/07/2023 |
|---|---|---|---|
| Title | Maria Luz Zuchella -v- Olympusat, Inc. et al | | |

Present: The Honorable   Louise A. LaMothe, United States Magistrate Judge

| Terry R. Baker  (Not Present) | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present

Mary Nikezic, Esq.
Michael Daniel Braunstein, Esq.
Robert M. Einhorn, Esq.

**Proceedings:**   **TELEPHONIC CONFERENCE RE SETTLEMENT ISSUES**

Court and counsel for Defendant(s) confer regarding case settlement issues.  Counsel waives the recording of this session.

00 : 15

Initials of Preparer   TRB